IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| ELOY DIAZ GONZALEZ, #1652026 | § | |
|---|---|---|
| | § | |
| V. | § | CIVIL ACTION NO. 4:15cv614 |
| | § | *Consolidated with* 4:15cv642 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil actions were referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation concluding that the petitions should be dismissed without prejudice. Petitioner filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such actions, has been presented for consideration. Having made a *de novo* review of the objections raised by Petitioner to the Report, the Court concludes that the findings and conclusions of the Magistrate Judge are correct. Petitioner fails to show that he properly exhausted all of his claims. Thus, the Court adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that the petitions are **DENIED** without prejudice.

It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**SIGNED this 8th day of February, 2017.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE